# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2158 Disciplinary Docket No. 3
              Petitioner               :
                                       :
          v.                           : No. 32 DB 2013
                                       :
LAWRENCE D'AMBROSIO,                   : Attorney Registration No. 6512
              Respondent               : (Erie County)


## O R D E R

**PER CURIAM:**


AND NOW, this 13th day of August, 2015, in light of the medical statement submitted in support of the averment of disability, Respondent is immediately transferred to inactive status for an indefinite period and until further Order of the Court per Pa.R.D.E. 301(e), and he shall comply with all of the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance except for the perpetuation of testimony and the preservation of documentary evidence.